IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN P. SIMON,

      Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION,
et al.,

      Defendants.
                              /

No. C 10-04047 CW (PR)

ORDER OF TRANSFER

    Plaintiff, a state prisoner, has filed a _pro se_ civil rights action pursuant to 42 U.S.C. § 1983.  The acts complained of occurred at Mule Creek State Prison, which is located in the Eastern District of California, and it appears that Defendants reside in that district.  Venue, therefore, properly lies in that district and not in this one.  See 28 U.S.C. § 1391(b).

    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.  The Clerk of the Court shall transfer the case forthwith.

    IT IS SO ORDERED.

Dated: 9/20/2010

                                        CLAUDIA WILKEN
                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOHN P SIMON,

        Plaintiff,

v.

THE DEPT OF CDCR et al,

        Defendant.

Case Number: CV10-04047 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 20, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John P. Simon
C/O Goldie Muhammad, V06418
P.O. Box 409040
BG-104L
Ione, CA 95640

Dated: September 20, 2010

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk