IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN P. SIMON,

      Plaintiff,                    No. CIV S-10-2555 GEB DAD P

   vs.

CDCR et al.,

      Defendants.          ORDER

_____/

      Plaintiff, a state prisoner and member of the Enhanced Outpatient Program at Mule Creek State Prison, commenced this action by filing a letter with the United States District Court for the Central District of California, alleging that the California Department of Corrections and Rehabilitation has been using a "device" to torture him for more than ten years. The Central District opened a civil action based upon plaintiff's letter and transferred the case to this court, which has proper venue.

      Not long after the Central District transferred the case to this court, plaintiff filed a motion for an extension of time to file an application to proceed in forma pauperis, which this court granted. On January 13, 2011, the undersigned issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to timely file an in forma pauperis affidavit. On the same day, plaintiff filed his application to proceed in forma pauperis.

1

Good cause appearing, the court will vacate its findings and recommendations and allow the case to proceed in accordance with this order.

In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure. In this case, plaintiff has filed the letter described above and has since filed a motion for appointment of counsel, an inadequate and vaguely-worded motion for a temporary restraining order, and a document characterized by plaintiff as a "Simon Motion." The court will not issue any orders granting relief until this action has been properly commenced. Therefore, plaintiff's motions will be denied without prejudice. Plaintiff will be provided the opportunity to file a proper complaint.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The court's January 13, 2011 findings and recommendations are vacated;

2. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case;

3. Plaintiff's motion for appointment of counsel, motion for a temporary restraining order, and "Simon Motion" (Doc. Nos. 11-13) are denied without prejudice; and

4. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action.

DATED: March 10, 2011.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
simo2555.noc