IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN P. SIMON,

        Plaintiff,                        No. CIV S-10-2555 GEB DAD P

    vs.

CDCR et al.,

        Defendants.               <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se. On August 4, 2011, the court dismissed plaintiff's complaint with leave to amend, explaining to plaintiff that any amended complaint he elected to file must contain a short and plain statement of his claims. <u>See</u> Fed. R. Civ. P. 8(a)(2). On September 6, 2011, the court granted plaintiff an extension of time to file his amended complaint.

        On October 13, 2011, plaintiff submitted to the court for filing thousands of disorganized and confusing documents. Plaintiff is advised that these documents do not qualify as an amended complaint. <u>See</u> <u>Hearns v. San Bernardino Police Dep't</u>, 530 F.3d 1124, 1131 (9th Cir. 2008) (a complaint that is "so verbose, confused, and redundant that its true substance, if any, is well disguised" violates Rule 8). The court will not file these documents and instead will return them to plaintiff. In the interest of justice, the court will grant plaintiff leave to file an

amended complaint that is no more than twenty-five (25) pages in length.  The court cautions plaintiff that his failure to comply with the court's order, including the twenty-five (25) page limit, will result in a recommendation that this action be dismissed.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that is no longer than **twenty-five (25) pages** in length; the amended complaint must comply with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned to this case and must be labeled "Amended Complaint"; failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed without prejudice; and

        2. The Clerk of the Court is directed to return to plaintiff the documents he submitted for filing on October 13, 2011.

DATED: October 13, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
simo2555.rej

2